
McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARNELL RAY OWENS,<br><br>Defendants | CASE NO. 2:19-MJ-45 DB<br><br>[PROPOSED] ORDER TO UNSEAL CASE & KEEP PREVIOUSLY FILED CRIMINAL COMPLAINT AND AFFIDAVIT THEREOF OF MARCH 22, 2019 SEALED, AND TO UNSEAL THE REDACTED COMPLAINT |

Pursuant to Local Rules 140 and 141(b) and based upon the representation contained in the government's Request to Unseal the Case While Keeping Original Filed Complaint Sealed and Affidavit thereof sealed, IT IS HEREBY ORDERED that the above-captioned case is unsealed; however, the Complaint and affidavit filed on March 22, 2019, will remain under seal. It is further ordered that the government's Redacted Complaint and Affidavit thereof filed on March 25, 2019 be unsealed and made available on the public docket.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, the continued sealing of the government's original Complaint is necessary to protect innocent victims. In light of the public filing of its request to unseal, the Court further finds that

there are no additional alternatives to the continued sealing of the government's original Complaint that would adequately protect the compelling interests identified by the government.

Dated: 3-25-2019

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL CASE & KEEP
PREVIOUSLY FILED COMPLAINT SEALED, AND TO
UNSEAL REDACTED COMPLAINT

2