McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00058-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DARNELL RAY OWENS, | DATE: February 27, 2020 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 27, 2020.

2. By this stipulation, defendant now moves to continue the status conference until April 23, 2020, at 9:30 a.m., and to exclude time between February 27, 2020, and April 23, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On February 21, 2020, the government produced an additional 35 pages of documents in discovery, including investigative reports and additional letters written by the defendant to potential witnesses in this case.

   b) The government has represented that the discovery thus far produced in this case

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

includes approximately 2,416 pages of documents including investigative reports, laboratory reports, information regarding potential witnesses, and copies of letters that form the bases of the charges in this case. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  c) The government has represented that additional discovery will be produced on a rolling basis as it is gathered and prepared for production.

  d) Counsel for defendant desires additional time to review the discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

  e) Defense counsel has also represented that as part of its investigation, defense counsel requires additional time to retain and consult with an expert to conduct an evaluation of the defendant. Such an evaluation is necessary for defense preparation as an evaluation is necessary for defense counsel to effectively consult with the defendant regarding the status of the case, to discuss case strategy and potential resolutions with the defendant, and to otherwise prepare for trial. Since the parties' previous stipulation, defense counsel has continued his attempts to retain an expert; however, due to scheduling issues beyond defense counsel's control, the defense has been delayed in obtaining an appropriate expert. Defense is requesting additional time to do so.

  f) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  g) The government does not object to the continuance.

  h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 27, 2020 to April 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 25, 2020  McGREGOR W. SCOTT
United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney


HEATHER E. WILLIAMS
Federal Defender

Date: February 25, 2020  /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
DARNELL RAY OWENS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 25th day of February, 2020.

Troy L. Nunley
United States District Judge