PHILLIP A. TALBERT
Acting United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00058 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DARNELL RAY OWENS, | DATE: June 3, 2021 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 3, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until August 19, 2021, at 9:30 a.m., and to exclude time between June 3, 2021, and August 19, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 2,416 pages of documents including investigative reports, laboratory reports, information regarding potential witnesses, and copies of letters that form the bases of the charges in this case, as well as other letters and writing of the defendant.   Additionally, since the

parties' previous stipulation, the government has produced approximately 260 recorded jail calls, constituting numerous hours of audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the discovery, consult with his client, conduct investigation and research related to the charges and to otherwise prepare for trial. Further, the government has extended a plea offer, and counsel for the defendant requires additional time to consult with his client regarding potential resolutions of the case and to conduct research into various matters that could potentially affect sentencing.

c) Defense counsel has also represented that defense counsel has consulted with an expert to conduct an evaluation of the defendant for defense investigation purposes. Defense counsel has represented that since the parties' previous stipulation, the expert has produced a written report to defense counsel. Defense counsel requires additional time to review the expert's report and to further investigate and consult with the defendant regarding the evaluation and report.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 3, 2021 to August 19, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 28, 2021                         PHILLIP A. TALBERT
                                             Acting United States Attorney


                                             /s/ SHEA J. KENNY
                                             SHEA J. KENNY
                                             Assistant United States Attorney


Dated:  May 28, 2021                         /s/ JEROME PRICE
                                             JEROME PRICE
                                             Counsel for Defendant
                                             DARNELL RAY OWENS




**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 1st day of June, 2021.




                                             Troy L. Nunley
                                             United States District Judge