1  PHILLIP A. TALBERT
   United States Attorney
2  VERONICA M.A. ALEGRÍA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-00058-TLN

12                      Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                           FINDINGS AND ORDER

14  DARNELL RAY OWENS,                     DATE: January 27, 2022
                                           TIME: 9:30 a.m.
15                      Defendant.         COURT: Hon. Troy L. Nunley

16

17                             **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on January 27, 2022.

21       2.      By this stipulation, defendant now moves to continue the status conference until February

22  10, 2022, at 9:30 a.m., and to exclude time between January 27, 2022, and February 10, 2022, under

23  Local Code T4.

24       3.      The parties agree and stipulate, and request that the Court find the following:

25            a)      The government has represented that the discovery thus far produced in this case

26  includes approximately 2,416 pages of documents including investigative reports, laboratory

27  reports, information regarding potential witnesses, and copies of letters that form the bases of the

28  charges in this case.  All of this discovery has been either produced directly to counsel and/or

STIPULATION REGARDING EXCLUDABLE TIME                1
PERIODS UNDER SPEEDY TRIAL ACT

1    made available for inspection and copying.

2         b)    Counsel for defendant desires additional time to review the discovery, consult

3    with his client, conduct investigation and research related to the charges, and to otherwise

4    prepare for trial.

5         c)    Defense counsel has also represented that he has consulted with an expert to

6    conduct an evaluation of the defendant for defense investigation purposes.  Defense counsel has

7    represented that the expert has produced a written report to defense counsel.  Defense counsel

8    requires additional time to review the expert's report and to further investigate and consult with

9    the defendant regarding the evaluation and report.

10        d)    Counsel for defendant believes that failure to grant the above-requested

11   continuance would deny him the reasonable time necessary for effective preparation, taking into

12   account the exercise of due diligence.

13        e)    The government does not object to the continuance.

14        f)    The requested continuance is not based on congestion of the Court's calendar,

15   lack of diligent preparation on the part of the attorney for the government or the defense, or

16   failure on the part of the attorney for the Government to obtain available witnesses.

17        g)    Based on the above-stated findings, the ends of justice served by continuing the

18   case as requested outweigh the interest of the public and the defendant in a trial within the

19   original date prescribed by the Speedy Trial Act.

20        h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

21   et seq., within which trial must commence, the time period of January 27, 2022, to February 10,

22   2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

23   T4] because it results from a continuance granted by the Court at defendant's request on the basis

24   of the Court's finding that the ends of justice served by taking such action outweigh the best

25   interest of the public and the defendant in a speedy trial.

26   ///

27   ///

28   ///

STIPULATION REGARDING EXCLUDABLE TIME                2
PERIODS UNDER SPEEDY TRIAL ACT

1    ///

2        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4    must commence.

5        IT IS SO STIPULATED.

6

7

8    Dated: January 25, 2022                    PHILLIP A. TALBERT
                                                 United States Attorney

9

10                                              /s/ *Veronica M.A. Alegría*
                                                VERONICA M.A. ALEGRIA
11                                              Assistant United States Attorney

12

13                                              HEATHER E. WILLIAMS
                                                Federal Defender

14

15   Date: January 25, 2022                     /s/ *Jerome Price*
                                                 JEROME PRICE
16                                               Assistant Federal Defender
                                                 Attorney for Defendant
17                                               DARNELL RAY OWENS

18

19

20                              **FINDINGS AND ORDER**

     IT IS SO FOUND AND ORDERED this 25th day of January, 2022.
21

22

23

24                                          _____
                                            Troy L. Nunley
25                                          United States District Judge

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT