PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>DARNELL RAY OWENS,<br><br>                 Defendant. | CASE NO. 2:19-CR-00058-TLN<br><br>STIPULATION REGARDING NEW BRIEFING SCHEDULE<br><br>DATE: May 26, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pleaded guilty on March 3, 2022.

2. By previous order, this matter was set for a sentencing hearing on May 26, 2022 at 9:30 a.m. before this Court.

3. The Draft Presentence Report ("PSR") was originally scheduled to be disclosed to the parties by April 14, 2022. The Probation Office did not disclose the Draft PSR by the original deadline; however, the Probation Office disclosed the Draft PSR on May 2, 2022.

4. The parties do not wish to change the date of the sentencing hearing.

5. The parties stipulate and agree to the following shortened sentencing briefing schedule:

    a) May 2, 2022 – Draft PSR Disclosure

      b)      May 6, 2022 – PSR Informal Objections

      c)      May 13, 2022 – Final PSR Filed

      d)      May 19, 2022 – Formal Objections to PSR and Sentencing Memoranda Due

      e)      May 26, 2022 at 9:30 a.m. – Sentencing Hearing

IT IS SO STIPULATED.

Dated: May 4, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRIA
Assistant United States Attorney


HEATHER E. WILLIAMS
Federal Defender

Date: May 4, 2022

/s/ *Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
DARNELL RAY OWENS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of May, 2022.

_____
Troy L. Nunley
United States District Judge