HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DARNELL RAY OWENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-00058-TLN |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | ) | |
| DARNELL RAY OWENS, | ) | DATE: May 26, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Veronica Alegria, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Darnell Owens, **that the Sentencing hearing scheduled for May 26, 2022 may be continued to August 4, 2022 at 9:30 a.m.**

Accordingly, it is further stipulated that the briefing schedule be continued as follows:

The Formal Objection shall be filed with the Court
and served on the Probation Officer and opposing
counsel no later than:                                         July 21, 2022

Reply or statement of non-opposition:                          July 28, 2022

Judgment and Sentencing Date: August 4, 2022

This continuance is requested to allow defense counsel to effectively prepare for the Sentencing hearing.

Probation is aware of this stipulation and does not oppose the request. The government has no objection or opposition to the continuance.

Date: May 19, 2022  /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
DARNELL RAY OWENS

Date: May 19, 2022  PHILLIP A. TALBERT
United States Attorney

/s/ Veronica Alegria
VERONICA ALEGRIA
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of May, 2022.

_____
Troy L. Nunley
United States District Judge