|  | **FILED** |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | AUGUST 11, 2022<br><br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

DARNELL RAY OWENS,

        Defendant.

Case No.  2:19-CR-00058-TLN-01

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DARNELL RAY OWENS,</u> Case No. 2:19-CR-00058-TLN-01, Charges <u>18 U.S.C. § 876(c), 18 U.S.C. § 1038(A), and 18 U.S.C. § 1028A(a)(1)</u>, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond   $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): <u>The Court sentenced the defendant to a term of imprisonment of TIME SERVED as of August 12, 2022.  The defendant shall be released on **Friday, August 12, 2022, at 9:00 AM**</u>.

Issued at Sacramento, California on August 11, 2022.

                                                            _____
                                                            Troy L. Nunley
                                                            United States District Judge